**DENIED BY ORDER OF THE COURT**

FILED
CLERK, U.S. DISTRICT COURT
April 3, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rrp___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer,**

Plaintiff,

v.

**Woraphon LLC,** a California Limited Liability Company, KN Enterprises, Inc., a California Corporation; and Does 1-10

Defendants.

CASE NO **8:18-CV-01632-JVS-KES**

[proposed]ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

1  The Stipulation of Plaintiff Chris Langer ("Plaintiff"), and Defendant
2  Woraphon, LLC ("Defendant"), by and through their attorneys of record, having
3  been considered, the Clerk's Entry of Default against Defendant Woraphon, LLC,
4  is hereby set aside.  Defendant shall have ten days after the date of this order to file
5  its answer to complaint, or Notice of Settlement.

6  DATED: _____

**DENIED**
**BY ORDER OF THE COURT**

_____
Judge of the U.S. District Court
Denied as moot. JVS April 03, 2019